UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ST. RITA<br>Dorand      C.A. No. 06-9191 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court are the following motions:

(1) Motion to Remand filed by plaintiffs, Jane D. Dorand, Jammie A. Denley, Peggy Denley and Ronney J. Denley (Doc. 1990)[1] and

(2) United States' Motion to Dismiss Third-Party Demands (Doc. 1959).

This case is one among nearly 40 cases filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina. Having reviewed the pleadings, memoranda and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15, 2007 (Doc. 4642) in *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was consolidated under *In re Katrina Canal Breaches Consolidated Litigation*, C. A. No. 05-4182,

**IT IS ORDERED** that the Motion to Remand (Doc. 1990) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party Demands (Doc. 1959) is **GRANTED**.

---

[1] Plaintiffs in this motion contend that there is no cause of action for contribution or indemnity under Louisiana law and that under 28 U.S.C. § 1359, because the United States is improperly joined, there is no federal jurisdiction. The ruling in the *Johnson* matter basically provides for the relief sought and is applicable hereto; thus, the Court will not address these contentions in any greater manner than the reasons provided in *Johnson*.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED**

the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this  15th  day of May, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**